FILED - GR
October 6, 2008 2:40 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No. | **2:08-cr-39** |
| Plaintiff, | | R. Allan Edgar |
| | | U.S. District Judge |
| vs. | Hon. | |
| IAN JACOB WALLACE, | | |
| Defendant. | | |
| _____/ | | **FELONY INFORMATION** |

The United States Attorney charges:

(Attempted Depredation Against Property of the United States)

On or about November 5, 2001, in Houghton County, in the Northern Division of the Western District of Michigan, the Defendant,

IAN JACOB WALLACE,

and a person known to the United States Attorney, did willfully, and by means of placing timed incendiary devices against two buildings located on the campus of Michigan Technological University and then activating the timed ignition mechanisms of the devices, attempt to injure and commit depredations against property of the Forest Service of the U.S. Department of Agriculture, an agency of the United States, to wit: the "U.S. Forest Service Building," a structure that was the property of, and that contained materials and equipment that were the property of, the Forest Service; and the "U.J. Noblet Forestry Building," a structure that contained materials and equipment that were the property of

the Forest Service, which conduct would have resulted in damage to such property exceeding the sum of $1,000 but for the fact that the timed ignition mechanisms malfunctioned and failed to ignite the devices.

18 U.S.C. § 1361

CHARLES R. GROSS
United States Attorney

3 OCT 2008
(date)

HAGEN WALTER FRANK
Assistant United States Attorney